Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-449-335

**Effective Date of Registration:**
May 22, 2025
**Registration Decision Date:**
June 17, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Happiness, a study. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 05, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Desmond Noel Brophy |
| **Pseudonym:** | Broph |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Desmond Noel Brophy |
| | 4 Beauchief Abbey Lane, Beauchief, Sheffield, S8 7BD, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Desmond Noel Brophy |
| **Email:** | desbrophy@hotmail.co.uk |
| **Address:** | 4 Beauchief Abbey Lane, Beauchief Sheffield S8 7BD United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

