## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Desmond Noel Brophy

                    Plaintiff,

v.
                                   Case No.:
1:25–cv–14666

Honorable Joan H. Lefkow

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2026:

     MINUTE entry before the Honorable Joan H. Lefkow: On May 1, 2026, plaintiff and certain defendants filed a Joint Stipulation of Settlement [48] notifying the court that they reached a settlement in principle and requested 90 days to execute the terms of the settlement. The 90–day period elapsed on July 30, 2026. Within 14 days, plaintiff shall either file a notice of dismissal, or the parties to the Joint Stipulation of Settlement shall file a joint status report. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.