**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Desmond Noel Brophy

                                                                Plaintiff,

v.                                                              Case No.:
                                                                1:25–cv–14666

                                                                Honorable Joan H.
                                                                Lefkow

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                                Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 7, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion to approve consent judgment [50] is granted. Enter Order. Motion to dismiss [40] is terminated as moot. Status hearing date is stricken. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.