AO 121 (6/90)

| TO: | |
|-----|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court<br>219 S. Dearborn<br>Chicago, IL. 60604 |
|---|---|
| **DOCKET NO.** 25cv14666 | **DATE FILED** 12/3/2025 | |

| PLAINTIFF<br>Desmond Noel Brophy | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>M. NAVARRO | DATE<br>8/10/2026 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-449-335

**Effective Date of Registration:**
May 22, 2025
**Registration Decision Date:**
June 17, 2025

---

## Title _____

| | |
|---|---|
| **Title of Work:** | Happiness, a study. |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 05, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author _____

| | |
|---|---|
| **Author:** | Desmond Noel Brophy |
| **Pseudonym:** | Broph |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |
| **Pseudonymous:** | Yes |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Desmond Noel Brophy |
| | 4 Beauchief Abbey Lane, Beauchief, Sheffield, S8 7BD, United Kingdom |

## Rights and Permissions _____

| | |
|---|---|
| **Name:** | Desmond Noel Brophy |
| **Email:** | desbrophy@hotmail.co.uk |
| **Address:** | 4 Beauchief Abbey Lane, Beauchief |
| | Sheffield S8 7BD United Kingdom |

## Certification _____

| | |
|---|---|
| **Name:** | David Denholm |



# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Desmond Noel Brophy

                                             Plaintiff,

v.

                                             Case No.:
1:25−cv−14666

                                             Honorable Joan H.
Lefkow

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 7, 2026:

       MINUTE entry before the Honorable Joan H. Lefkow: Motion to approve consent judgment [50] is granted. Enter Order. Motion to dismiss [40] is terminated as moot. Status hearing date is stricken. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DESMOND NOEL BROPHY,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-14666

**Judge Joan H. Lefkow**

**Magistrate Judge M. David Weisman**

## CONSENT JUDGMENT

This action having been commenced by Plaintiff DESMOND NOEL BROPHY ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 9 | RCposter | 634418222401704 |
| 25 | DAMIBUSHIMIN | 634418220857620 |
| 29 | Renaissance Rewind | 634418219430680 |
| 30 | JF poster | 634418220740183 |
| 35 | wonderful poster | 634418216375121 |
| 36 | Beautiful poster house | 634418218182099 |
| 44 | posters ONE | 634418219371824 |
| 47 | LJHPainting Shop | 634418221416575 |
| 52 | LJHADDposter | 634418221603551 |
| 68 | The House of Poster Art | 634418218619575 |
| 70 | OK poster | 634418219722020 |
| 80 | LF poster | 634418220706269 |
| 89 | Color Poster | 634418219747767 |
| 90 | Grid Art | 634418220017104 |
| 92 | Mind Art | 634418218119687 |

| 94 | Wonderful poster decoration painting | 634418216686511 |
|---|---|---|
| 97 | LL poster | 634418221511598 |
| 99 | OX poster | 634418220359053 |
| 103 | STAR posterS | 634418222237360 |
| 116 | Magical posters | 634418219898432 |
| 118 | Life is so wonderful | 634418217946131 |
| 121 | Art Code | 634418221981231 |
| 126 | VividWall poster | 634418222008961 |
| 131 | ALX poster | 634418221417253 |
| 132 | OP poster | 634418221518064 |
| 136 | A fine poster shop | 63441822811790 |
| 140 | Steven Original Poster Factory | 634418220682171 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the Desmond Brophy Work listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying

2

the Desmond Brophy Work in any manner without the express authorization of Plaintiff;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Desmond Brophy product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Desmond Brophy Work;

c. committing any acts calculated to cause consumers to believe that Defendant's Infringing Desmond Brophy Work are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the Desmond Brophy Work and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Desmond Brophy Work.

2. Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff twenty thousand two hundred fifty dollars ($20,250) in damages (the "Damage Amount").

3. Temu LLC ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this

3

Consent Judgment and Permanent Injunction based on the Defendant's failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED: A u g u s t  7 , 2026

Joan H. Lefkow
United States District Judge

4