**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DESMOND NOEL BROPHY,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-14666

Judge Joan H. Lefkow

Magistrate Judge M. David Weisman

# SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on 01/23/2026 [35] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 9 | RCposter |
| 25 | DAMIBUSHIMIN |
| 29 | Renaissance Rewind |
| 30 | JF poster |
| 35 | wonderful poster |
| 36 | Beautiful poster house |
| 44 | posters ONE |
| 47 | LJHPainting Shop |
| 52 | LJHADDposter |
| 68 | The House of Poster Art |
| 70 | OK poster |
| 80 | LF poster |
| 89 | Color Poster |
| 90 | Grid Art |
| 92 | Mind Art |
| 94 | Wonderful poster decoration painting |
| 97 | LL poster |
| 99 | OX poster |

| | |
|---|---|
| 103 | STAR posterS |
| 116 | Magical posters |
| 118 | Life is so wonderful |
| 121 | Art Code |
| 126 | VividWall poster |
| 131 | ALX poster |
| 132 | OP poster |
| 136 | A fine poster shop |
| 140 | Steven Original Poster Factory |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: October 5, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

Subscribed and sworn before me by Keith A. Vogt, on this 5 day of October, 2026.

Given under by hand and notarial seal.

NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook

GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026